UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYAN PATTERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:15-CV-1956-NAB |
| ) | |
| CINDY GRIFFITH, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the instant action. Petitioner has submitted an unsigned petition for writ of habeas corpus and has failed to either pay the filing fee or submit a motion for leave to proceed in forma pauperis. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed.R.Civ.P. 11. As such, the Court will order the Clerk to return the petition to petitioner for his signature. In addition, the Court will order the Clerk to send petitioner a form motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return to petitioner his petition for writ of habeas corpus, and petitioner shall sign the document and return it to the Court within thirty (30) days of the date of this Order.

**IT IS FURTHEORDERED** that the Clerk shall mail to petitioner a copy of the Court's form "Motion to Proceed In Forma Pauperis and Affidavit in Support - Habeas Cases."

**IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $5, or to submit a completed form "Motion to Proceed In

Forma Pauperis and Affidavit in Support - Habeas Cases."

**IT IS FURTHER ORDERED** if petitioner fails to comply with this Order, this case will be dismissed without prejudice and without further notice.

Dated this 2nd day of February, 2016.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE